## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DARREN GILBERT,**

CASE NO: **1:21−CV−01683−AWI−BAM**

v.

**MODESTO GROUP INC., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/10/2022**

**Keith Holland**
Clerk of Court

ENTERED:  **June 10, 2022**

by:  /s/  C. Marrujo
Deputy Clerk